# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GITI TIRE GLOBAL TRADING PTE. LTD., GITI RADIAL TIRE (ANHUI) COMPANY LTD., AND GITI TIRE (FUJIAN) COMPANY LTD<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Court No. 24-00083<br><br>**SUMMONS** |

**TO:** The Attorney General of the United States and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                                              /s/ Mario Toscano
                                                                               Clerk of the Court

## Name and Standing of Plaintiffs

1. Plaintiffs in this action, Giti Tire Global Trading Pte. Ltd, Giti Radial Tire (Anhui) Company Ltd., and Giti Tire (Fujian) Company Ltd are producers and exporters of passenger vehicle and light truck tires (the "subject merchandise") from the People's Republic of China. Plaintiffs are therefore interested parties within the meaning of 19 U.S.C. § 1677(9)(A). As parties who actively participated in the U.S. Department of Commerce's 2021-2022 administrative review, which resulted in the contested determination, Plaintiffs have standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

## Brief Description of Contested Determination

2. Plaintiffs contest the U.S. Department of Commerce's Final Results of the 2021-2022 Administrative Review, as Amended, in *Certain Passenger Vehicle and Light Truck Tires from the People's Republic of China*. These results are reviewable pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(1) & (B)(iii), and 28 U.S.C. § 1581(c). This summons is being filed within 30 days of the publication in the Federal Register of the Amended Final Results of the administrative review, and is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i).

**Date of Review Determination**

3. The contested final results, as amended, were issued by the U.S. Department of Commerce on April 15, 2024.

**Date of Publication of Notice of Contested Determination**

4. Notice of the U.S. Department of Commerce's Amended Final Results of the 2021-2022 Administrative Review in *Certain Passenger Vehicle and Light Truck Tires from the People's Republic of China* was published in the Federal Register at 89 Fed. Reg. 26130 (April 15, 2024).

_/s/ Matthew J. McConkey_

MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
mmcconkey@mayerbrown.com
+1 202-263-3000

Dated: April 17, 2024

*Counsel to Giti Tire Global Trading Pte. Ltd., Giti Radial Tire (Anhui) Company Ltd., and Giti Tire (Fujian) Company Ltd.*

**SERVICE OF SUMMONS BY THE CLERK**

This action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended. This action is thus commenced by filing a summons, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Office of Chief Counsel for Enforcement and Compliance
U.S. Department of Commerce
1401 Constitution Ave., NW, Room 3627
Washington, DC 20230

Evangeline Keenan
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Ave., NW
Room 1874
Washington, DC 20230

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

## NOTICE TO INTERESTED PARTIES

I, Matthew J. McConkey, certify that on April 17, 2024, pursuant to CIT Rule 3(f), I notified the interested parties listed below, who were party to the decision being contested, by mailing copies of the foregoing Summons by certified mail, return receipt requested.

Roger B. Schagrin, Esq.
Representative of United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and
Service Workers International Union, AFL-CIO, CLC ("USW")
Schagrin Associates
900 7th Street, NW, Suite 500
Washington, DC 20001
Phone: 202-223-1700
Email: rschagrin@schagrinassociates.com

Gregory S. Menegaz, Esq.
Representative of Qingdao Lakesea Tyre Co., Ltd.; Shandong Province Sanli Tire Manufactured Co., Ltd.; Shandong Haohua Tire Co., Ltd.; Zhaoqing Junhong Co., Ltd.; Qingdao Fullrun Tyre Corp., Ltd.; Shandong Duratti Rubber Corporation Co., Ltd.; Shandong Changfeng Tyres Co., Ltd.; Shandong Transtone Tyre Co.,Ltd.; Mayrun Tyre (Hong Kong) Limited; Roadclaw Tyre (Hong Kong) Limited; Winrun Tyre Co., Ltd
deKieffer & Horgan
1156 15th Street, NW, Suite 1101
Washington, DC 20005
Phone: 202-783-6900
Email: gmenegaz@dhlaw.com

Brandon Petelin, Esq.
Representative of Koryo International Industrial Limited, Qingdao Sentury Tire Co., Ltd., Sentury (Hong Kong) Trading Co., Limited., Shandong Linglong Tyre Co., Ltd., Shandong New Continent Tire Co., Ltd.
Grunfeld Desiderio Lebowitz Silverman Klestadt, LLP
1201 New York Ave NW
Suite 650
Washington DC 20005
Phone: 2027836881
Email: bpetelin@gdlsk.com

Bernd G. Janzen, Esq.
Representative of Sumitomo Rubber (Changshu) Co., Ltd.; Sumitomo Rubber (Hunan) Co., Ltd.; Sumitomo Rubber Industries Ltd.; Hankook Tire China Co., Ltd.; and Jiangsu Hankook Tire Co., Ltd.
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Phone: 202-887-4000
Email: bjanzen@akingump.com

Ronald M. Wisla, Esq.
Representative of Crown International Corporation
Fox Rothschild LLP
2020 K Street, NW
Suite 500
Washington, DC 20006
Phone: 2024613100
Email: rwisla@foxrothschild.com

Zhang Yi
Representative of Qingdao Sunfulcess Tyre Co., Ltd., Shandong Hengyu Science & Technology Co., Ltd.,Shandong Yongsheng Rubber Group Co., Ltd., Shouguang Firemax Tyre Co., Qingdao Keter International Co., Limited
Gaopeng & Partners
7th Floor, Tower B, Gateway Plaza, Xiaguangli No. 18, Chaoyang District
Beijing 100027, China
Phone: 00861059241188
Email: zhangyi@gaopenglaw.com

Zhang Ye
Representative of Triangle Tyre Co., Ltd.
Beijing Kang Da Law Firm
8/F, Emperor Group Centre,
No. 12D, Jianwai Avenue,
Chaoyang District,
Beijing, 100022, China
Phone: 00861050867666
Email: ye.zhang@kangdalawyers.com

Lin Gao
Representative of Qingdao Nama Industrial Co., Ltd.; Crown International Corporation
Beijing Goodwill Law Firm 16A, Building D, Fuhua Plaza, No. 8 Chaoyangmen Beidajie,
Dongcheng District, Beijing, China
Phone: 010-65543621
Email: glin@chinatradecounsel.com

John Joseph Kenkel
Representative of Prinz Chengshan (Shandong) Tire Company Ltd
International Trade Law Counselors, PLLC
8647 Richmond Highway
Suite 623
Alexandria, Va. 22309
Phone: 757-656-6840
Email: intltradelawcounselors@outlook.com