UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| GITI TIRE GLOBAL TRADING PTE. LTD., GITI RADIAL TIRE (ANHUI) COMPANY LTD., and GITI TIRE (FUJIAN) COMPANY LTD. | : : : : | |
| Plaintiffs, | : : | Before: Richard K. Eaton, Judge |
| v. | : : | Court No. 24-00083 |
| UNITED STATES, | : : | |
| Defendant | : : | |
| and | : : | |
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, | : : : : : : | |
| Defendant-Intervenor. | : : | |

### ORDER

Upon consideration of Plaintiffs' unopposed motion for oral argument, ECF No. 31, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that oral argument is scheduled for Thursday, May 8, 2025, at 11:00 a.m. in Courtroom 1, located at One Federal Plaza, New York, New York 10278. The parties will inform the court by Thursday, May 1, 2025, if they plan to refer to confidential information and wish to close the proceeding. Also by May 1, 2025, the parties will inform the court if they plan to refer to any exhibits and, if so, submit to the court copies of those exhibits in a single, hard copy filing

Court No. 24-00083
Page 2

(e.g., in a three-ring binder) that includes a table of contents which indicates the name, tab number,

and record citation of each exhibit. Please provide two sets to the court.

                                                    /s/ Richard K. Eaton
                                                         Judge

Dated: March 17, 2025
         New York, New York