Form18-1

**Form 18**

## UNITED STATES COURT OF INTERNATIONAL TRADE

Giti Tire Global Trading Pte, Ltd. et al.

                              Plaintiff,

        v.                                              Court No. 24-0083
                                                        [and Attached Schedule]
United States

                              Defendant.

## NOTIFICATION OF TERMINATION OF ACCESS
## TO BUSINESS PROPRIETARY INFORMATION
## PURSUANT TO RULE 73.2(c)

 Michelle R. Avrutin                              declares that (check one)

1)      TERMINATION BY AN INDIVIDUAL

☑      I am an attorney/consultant representing or retained on behalf of_____
_____ in this action [and on behalf of the parties indicated in the actions
listed on the attached schedule].  I hereby give notice that I am no longer involved in
the litigation in this action [and those actions listed on the attached schedule] and,
therefore, I have terminated my access to Business Proprietary Information in such
action[s].   I certify that I have not retained any documents, including copies of
documents, work papers, notes or records in electronic media, containing Business
Proprietary Information, except as may be authorized by the court or agency for use
in the following action(s) or administrative proceeding(s):


_____                    _____
   [Name of proceeding]                             [Case or investigation no.]




OR

Form18-2

2)    TERMINATION BY A FIRM

☐    I am an attorney representing _____in this action [and the parties indicated in the actions listed on the attached schedule].  I hereby give notice that, because of the termination of all litigation in this action [and those actions listed on the attached schedule] or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action [and those actions listed on the attached schedule] have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____          _____
      [Name of proceeding]                                    [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action [and those actions listed on the attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to any person.

/s/ Michelle R. Avrutin
_____
      [Attorney or consultant]
Schagrin Associates
_____
900 7th St., NW, Ste 500, Washington, DC 20001
_____
202-223-1700
_____
      [Address and Telephone Number]

Date: 7/16/2025
_____

Form18-3

### Schedule to Notification of Termination of Access
### to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 24-00165 | United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC v. United States | United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)